### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No.  **5:25-cv-03215-DTB**                    Date: **January 22, 2026**

Title: **Bianca Johnston v. Tracksmith Corporation**
==============================================================

**DOCKET ENTRY**
==============================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

Rachel Maurice                                   n/a
Deputy Clerk                                Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT(S):
       None present                              None present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE**

On January 21, 2026, the parties filed a Stipulation to Extend Time to Respond to Initial Complaint by Not More Than 30 Days ("Stipulation").  (Docket No. 9). In the Stipulation, the parties agree to extend the time within which Defendant may respond to the Complaint by 30 days.  In light of the filing of the Stipulation, it appears to the Court that Defendant has been served with the Complaint however, a proof of service has not been filed.

Pursuant to Central District of California Local Rule 4-6, Plaintiff must file a proof of service within 14 days of service of the Summons and Complaint.  Failure to file a proof of service timely may result in the imposition of sanctions against the Plaintiff, including but not limited to the dismissal of the defendant that was the subject of the proof of service.  Without a proof of service on the docket, the Court is disinclined to consider the Stipulation.

Further, as this matter is proceeding under the Direct Assignment of Civil Cases to Magistrate Judges Program (see Docket No. 5), the Court requires the date upon which defendant was served with the Court's Notice of Assignment.

Accordingly, the Court, on its own motion, orders Plaintiff to show cause in writing **no later than seven days from the date of this Order** why this action should not be dismissed for lack of prosecution as to the Defendant.

It is Plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to

MINUTES FORM 11                                    Initials of Deputy Clerk  RAM
CIVIL-GEN

respond.  If necessary, Plaintiff must also pursue Rule 55 remedies promptly upon the default of Defendant.  All stipulations affecting the progress of the case must be approved by this Court.  <u>See</u> L.R. 7-1.

No oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of a written response.

**Plaintiff is expressly warned that failure to timely file a response to this Order will result in this action being dismissed without prejudice as to Defendant for failure to prosecute and comply with court orders.  <u>See</u> Fed. R. Civ. P. 41(b).**

**IT IS SO ORDERED.**

MINUTES FORM 11                                                          Initials of Deputy Clerk  <u>RAM</u>
CIVIL-GEN